1  J. Franklin Long
   Attorney for Plaintiff, Betty L. Smith,
2  Executrix of the Estate of John Smith
   Law Offices of J. Franklin Long
3  727 Bland Street
   Bluefield, West Virginia 24701
4  (304) 327-5544

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case-Specific Number C 07 0474 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| John Smith (Deceased) and Betty L. Smith,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer Inc, et al.,<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Betty L. Smith, as Executrix of the Estate of John Smith and as an individual and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: September 2, 2009

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  By: _____*J. Franklin Long*_____
3  Law Offices of J. Franklin Long
   Attorney for Plaintiff, Betty L. Smith, Executrix
4  Of the Estate of John Smith
   727 Bland St.
5  Bluefield, WV 24701
   (304) 327-5544
6
7  DATED: _____9/14__, 2009
8
9  By: _/s/ Loren Brown_____
   DLA PIPER LLP (US)
10 1251 Avenue of the Americas
   New York, NY 10020
11 Telephone: (212) 335-4500
   Facsimile: (212) 335-4501
12 *Defendants' Liaison Counsel*
13
14
15
16 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
17
18 Dated: Sept. 16, 2009
19                    _____
                     IT IS SO ORDERED
20                   Judge Charles R. Breyer
                     UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**